AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

AARON GING,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER:  **3:11-CV-00484-RCJ-VPC**

COUNTRYWIDE HOME LOANS,
INC., et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss and Expunge Lis Pendens (#4) is **GRANTED**. The lis pendens is **EXPUNGED**.

  October 12, 2011          **LANCE S. WILSON**
                                    Clerk

                                    /s/ D. R. Morgan
                                    Deputy Clerk